CLERK'S COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
99 SEP 17 AM 9:44

[signature]
CLERK-SANTA FE

TIMOTHY WESTHOUSE,

    Plaintiff,

vs.                            No. CIV 99-584 LCS

JUDITH BOVA, individually and in her
capacity as a Public Defender with the New
Mexico State Public Defender's Office;
PHYLLIS H. SUBIN, in her capacity as Chief
Public Defender for the State of New Mexico;
and the STATE OF NEW MEXICO,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER came before the Court on Defendants' Motion to Dismiss Complaint for Failure to State a Claim *(Doc. 7)*, filed September 3, 1999. The Court has reviewed the Motion, Defendants' accompanying memorandum, and the related authorities. Defendants' motion is well taken and will be **granted**.

Defendants' attorney certified that the Motion and supporting memorandum were mailed to Plaintiff's attorney on August 10, 1999. *See* Motion to Dismiss *(Doc. 7)* at 2; Mem. in Supp. *(Doc. 8)* at 4. Plaintiff has not responded to the motion. Failure to supply a response constitutes consent to grant the motion. *See* D.N.M. LR-Civ. 7.5(b).

Defendants' motion is also well taken on the merits. As a public defender, Defendant Bova was not acting under color of state law for the purposes of 42 U.S.C. § 1983 when performing her services as Plaintiff's attorney. *See Polk v. Dodson*, 454 U.S. 312, 325 (1981). Therefore, the civil

rights claims against Bova must fail. To the extent that Defendant Subin is being sued based on *respondeat superior* liability as Chief Federal Public Defender, those claims must also fail. *See Monell v. New York City Dep't of Social Servs.*, 436 U.S. 658, 694 (1978). Finally, the claims against the State of New Mexico must fail because a state is not a "person" for the purposes of 42 U.S.C. § 1983. *See Will v. Michigan Dep't of Pub. Safety*, 491 U.S. 58 (1989).

WHEREFORE, IT IS ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim *(Doc. 7)* is **granted**. A final order in accordance with Rule 58 of the Federal Rules of Civil Procedure shall be entered.

_____
UNITED STATES DISTRICT JUDGE

F:\Brian\99-584 dismiss